JS-6
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALVAREZ, | Case No. CV 08-4334-AG (MLG) |
| Plaintiff, | MEMORANDUM AND ORDER TRANSFERRING HABEAS CORPUS/CIVIL RIGHTS ACTION TO THE SOUTHERN DISTRICT OF CALIFORNIA |
| v. | |
| SMALLS, Warden, | |
| Defendants. | |

On July 1, 2008, Petitioner, a prisoner incarcerated at the Calipatria State Prison in Calipatria, California, filed a "motion to extend the time to file federal habeas corpus". A review of the pleading reveals that Petitioner is seeking an extension of time in which to file a complaint/petition relating to the alleged unlawful seizure of his property and legal material by prison officials.

The federal venue statute requires that a civil action not based on diversity be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3)

a judicial district in which the defendants are subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(a).

As far as can be determined from the pleading, the events giving rise to any cause of action occurred in Calipatria and the alleged misconduct was committed by a corrections officer in Calipatria, which is in Imperial County and part of the Southern District of California. Thus, venue in this action lies solely in the Southern District of California.

Under 28 U.S.C. § 1404, a district court may transfer a civil action to any district where it might have been brought if such a transfer is for the convenience of the parties and witnesses and in the interests of justice. It is therefore ORDERED that this action be transferred to the United States District Court for the Southern District of California, San Diego, California, and the Clerk of this Court shall effect such transfer.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon plaintiff.

Dated: July 2, 2008

Marc L. Goldman
United States Magistrate Judge